WESTFIELD TRUST COMPANY, APPELLANT, v. COURT OF COMMON PLEAS OF THE COUNTY OF MORRIS ET AL., RESPONDENTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellant, *Martin P. O'Connor.*

For the respondents, *William A. Lord, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Suprme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.

THE WEST SHORE RAILROAD COMPANY ET AL., APPELLANTS, v. THE BOARD OF PUBLIC UTILITY COMMISSIONERS OF THE STATE OF NEW JERSEY ET AL. (THE HILLSIDE BUS COMPANY), RESPONDENTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellants, *Wall, Haight, Carey & Hartpence.*

For the respondents, *John A. Bernhard* and *Leland F. Ferry.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.

THE WEST SHORE RAILROAD COMPANY ET AL., APPEL-LANTS, v. THE BOARD OF PUBLIC UTILITY COMMIS-SIONERS OF THE STATE OF NEW JERSEY ET AL. (PUBLIC SERVICE CO-ORDINATED TRANSPORT), RE-SPONDENTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellants, *Wall, Haight, Carey & Hartpence.*

For the respondents, *John A. Bernhard, William H. Speer* and *Charles S. Straw.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.